1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   CASPAR CHAN, CSBN 294804
4  Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: 510-970-4810
7          Facsimile: 415-744-0134
           Email: Caspar.Chan@ssa.gov
8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE RUSH, | ) Civil No. 1:22-cv-00417-GSA |
| Plaintiff, | ) |
| | ) **STIPULATION ANDER FOR** |
| v. | ) **VOLUNTARY REMAND** |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and subject to approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

| | |
|---|---|
| Date: *December 1, 2022* | LAW OFFICES OF FRANCESCO BENAVIDES |
| | By: */s/ Caspar Chan for Francesco Benavides*\* <br> FRANCESCO BENAVIDES <br> *\*Authorized by email on December 1, 2022* <br> Attorneys for Plaintiff |
| Date: *December 1, 2022* | PHILIP A. TALBERT <br> United States Attorney <br> Eastern District of California |
| | By: */s/ Caspar Chan* <br> CASPAR CHAN <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

## ORDER

Pursuant to stipulation, this action is remanded to the commissioner of social security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **December 1, 2022**           /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE